UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Petitioner )<br>)<br>V. )<br>)<br>ROBERT DEWALLACE )<br>    Respondent ) | M.B.D. No. 04-10244 |

### AFFIDAVIT OF REVENUE OFFICER

I, Patricia Casey-Ortiz, Revenue Officer of the Internal Revenue Service, state that the facts alleged by Michael Sullivan, United States Attorney for the District of Massachusetts, in the Petition to Enforce the Internal Revenue Service Summons which was served on Robert DeWallace, are true to the best of my knowledge and belief.

             _____
             Revenue Officer
             Internal Revenue Service

On this 15 day of June, 2004 before me, the undersigned notary public, personally appeared Patricia L. Casey-Ortiz, proved to me through satisfactory evidence of identification, which were MA. Drivers. Lic. to be the person whose name is signed on this document in my presence.

My Commission expires: _____      NOTARY PUBLIC

    My Commission Expires August 9, 2007