UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      )<br>      Petitioner,      )<br>v.      )      MBD NO. 04-10244<br>      )<br>ROBERT DeWALLACE,      )<br>      )<br>      Respondent.      ) | |

### ORDER TO SHOW CAUSE WHY
### RESPONDENT SHOULD NOT BE HELD IN CONTEMPT

Petitioner has moved the Court to enter an order requiring Respondent to show cause why he should not be held in contempt of this Court's Order requiring him to appear before Revenue Officer Patricia Casey-Ortiz, or any other officer of the Internal Revenue Service, on or before December 10, 2004, to provide the financial information sought under an IRS Summons.

Based upon the Affidavit of Revenue Officer Patricia Casey-Ortiz, it appears that Respondent has failed and/or refused to obey said Order of Court. Upon the motion of Michael J. Sullivan, United States Attorney for the District of Massachusetts, this Court orders that Respondent appear and show cause why he should not be held in contempt.

It is hereby ORDERED that a copy of this Order be personally served upon Robert DeWallace on or before March 29, 2005.

It is further ORDERED that the Respondent, Robert DeWallace, appear before the District Court of Massachusetts, in the branch thereof presided over by the undersigned,

United States Magistrate Judge Judith Gail Dein, in Courtroom #15 on the 5th floor, in the United States Courthouse in Boston, on the **5th day of April, 2005, at 2:15 P.M.**, to show cause why he should not be held in contempt for his failure to obey the Order of this Court.

  DATED at Boston, Massachusetts on this 7th day of February, 2005.

             / s / Judith Gail Dein
             Judith Gail Dein
             United States Magistrate Judge